IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID TODD YORK, | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:13-cv-00011 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Bryant |
| | ) | |
| CLEANING SERVICES GROUP, INC., | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

The parties to this action have filed a Stipulation of Dismissal with Prejudice, stipulating—pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)—to the voluntary dismissal with prejudice of the action, with each party to bear its own costs and attorney's fees. (Doc. No. 11.) Accordingly, this action is **DISMISSED with prejudice**. The Court **DIRECTS** the Clerk to close the case.

It is so ORDERED.

Entered this the _24th_ day of September, 2013.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT